# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION A. TEMPLE, HF-5212 ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:12-CV-1800 |
| ) | |
| ANDREW JARBOLA, ) | |
| Respondent, ) | |

## ORDER

Dion A. Temple has submitted a petition for a writ of habeas corpus without the appropriate filing fee or the forms required to proceed in forma pauperis, and for this reason, this action may not proceed unless the petitioner either,

1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

2) files a properly completed application to proceed in forma pauperis, along with an authorization form and a certified copy of his inmate account statement for the previous six (6) months,

Therefore, **IT IS ORDERED** this 11th day of December 2012, that the Clerk of Court is to mark this case closed and,

**IT IS FURTHER ORDERED** that the petitioner may reopen the case by paying the $5.00 filing fee or submitting an informa pauperis request AND a certified copy his inmate account statement for the previous six (6) months, within twenty days of this date.

s/ Robert C. Mitchell
United States Magistrate Judge

1